UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

DENISE PALMER

                    Plaintiff,

        - against -

THE CITY OF NEW YORK, THE NEW YORK
CITY DEPARTMENT OF EDUCATION, and
RONNA BLEADON,

                    Defendants.
-------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

2/29/08

**O R D E R**

07 Civ. 6955 (NRB)

    It having been reported to this Court that this case has been

settled, it is

    **ORDERED** that the above-captioned action be, and hereby is,

dismissed without costs and without prejudice to restoring the

action to this Court's calendar if the application to restore the

action is made within 30 days.

DATED:    New York, New York
          February 29, 2008


                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE